1 | **AKIN GUMP STRAUSS HAUER & FELD LLP**
GREGORY W. KNOPP (SBN 237615)
2 | GLORIA C. JAN (SBN 165440)
GALIT A. KNOTZ (SBN 252962)
3 | 2029 Century Park East, Suite 2400
Los Angeles, CA 90067
4 | Telephone: 310.229.1000
Facsimile: 310.229.1001
5
Attorneys for Defendant
6 | STARBUCKS CORPORATION
7
8 | UNITED STATES DISTRICT COURT
9 | CENTRAL DISTRICT OF CALIFORNIA
10
11 | HEATHER LOUVIERE, an individual,

Case No. CV10-2028 GW (Ex)

12 | Plaintiff,

[~~PROPOSED~~] ORDER REGARDING PROTECTION OF CONFIDENTIAL INFORMATION

13

14 | v.

Date Action Filed:   December 15, 2009

15 | STARBUCKS, INC., a Washington corporation; and DOES 1 through 100, inclusive,

Date Action Removed:   March 19, 2010

16

17 | Defendants.

1 | The Court, having considered the Stipulation for Protective Order re Confidential
2 | Discovery Material ("Stipulation") submitted by Defendant Starbucks Corporation
3 | ("Defendant") and plaintiff Heather Louviere ("Plaintiff"), and finding good cause
4 | shown, hereby orders as follows:
5 | The terms set forth in the Stipulation shall be implemented.

**IT IS SO ORDERED**

Dated: 9/29/10          By: _____
                            Hon. ~~George H. Wu~~
                            ~~United States District Judge~~
                            Charles F. Eick
                            United States Magistrate Judge