1 | GREGORY W. KNOPP (SBN 237615)
GLORIA JAN (SBN 165440)
2 | GALIT A. KNOTZ (SBN 262962)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
3 | 2029 Century Park East, Suite 2400
Los Angeles, CA 90067
4 | Telephone: (310) 229-1000
Facsimile: (310) 229-1001
5 | gknopp@akingump.com
gjan@akingump.com
6 | gknotz@akingump.com

7 | Attorneys for Defendant
STARBUCKS CORPORATION

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER LOUVIERE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STARBUCKS, INC., a Washington corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. CV10-2028 GW (Ex)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Hearing Date: June 9, 2011<br>Time: 8:30 a.m.<br>Place: Courtroom 10 |

[PROPOSED] ORDER FOR DISMISSAL

100824164 v1

1 | Plaintiff Heather Louviere and Defendant Starbucks have jointly filed a
2 | Stipulation for Dismissal with Prejudice Pursuant to Settlement Agreement, on June 7,
3 | 2011.
4 | Having considered the matters set forth in the Stipulation, and for good cause
5 | shown, this action shall be dismissed, in its entirety, with prejudice. Each party shall
6 | bear its own fees and costs.

**IT IS SO ORDERED**.

Dated: June 9, 2011  By _____
Hon. George H. Wu
Judge of the United States District Court

| | |
|---|---|
| 1 | PROOF OF SERVICE |
| 2 | STATE OF CALIFORNIA, COUNTY OF LOS ANGELES |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Suite 2400, Los Angeles, California 90067. On June 7, 2011, I served the foregoing document(s) described as: **STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT**

on the interested party(ies) below, using the following means:

**All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the referenced case caption and number**

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 7, 2011 at Los Angeles, California.

Carmen M. Ayala
[Print Name of Person Executing Proof]        [Signature]

PROOF OF SERVICE

100824164 v1